

**FILED**
CLERK, U.S. DISTRICT COURT

September 30, 2015.

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_VPC\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:14-cv-04504 SJO (RZ) |
|---|---|
| Plaintiff, | ORDER ENTERING PARTIAL SUMMARY JUDGMENT BASED ON CURRENT ACCOUNT BALANCES |
| v. | |
| RUDRA SABARATNAM et al., | |
| Defendants. | |

On September 8, 2015, the Court granted in part the United States' Motion for Summary Judgment and ordered the United States to file a proposed order containing updated accrual amounts for the Court to use to enter judgment and a supporting declaration. (Dkt. No. 71, pp. 24-25). The United States thereafter filed its proposed order and the supporting declaration Phillip Conrad.

Pursuant to the proposed order and the supporting declaration, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered against Defendant Rudra Sabaratnam for his civil liabilities incurred pursuant to Title 26, United States Code, Section 6672, for the unpaid employment taxes of California Psychiatric Management Services, LP, as calculated through September 14, 2015, in the amounts of $1,085,628.27 for the tax period ending March 31, 2000, and $1,169,469.25 for the tax period ending June 30, 2000.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that statutory post-judgment interest is to accrue as to each judgment in accordance with Title 26, United States Code, Section 6621, until paid in full.

September 30, 2015.

DATED: _____

*S. James Otero*

S. JAMES OTERO
United States District Judge

Respectfully presented by:

EILEEN M. DECKER
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division


_____/s/_____
CHARLES PARKER
Assistant United States Attorney
Attorneys for the United States