**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV14-4504 SJO (RZx) | Date | June 20, 2017 |
|---|---|---|---|
| Title | United States of America v. Rudra Sabaratnam, et al. | | |

present: The Honorable  S. James Otero, U.S. District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:**   IN CHAMBERS (No Proceedings Held) - Order Dismissing Case

　　Pursuant to the Government's Status Report (Docket Entry No. 102) wherein the Court is advised that "there are no pending actions and that this case may be closed," the Court hereby dismisses this action.

                                                                                          :
                                              Initials of Preparer         SMO